# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Magistrate Case No. ___17-9143___

v.

___Rosita Miller___

**ORDER**

The financial ability of the defendant to retain counsel having been established by the

Court, and the defendant not having waived the appointment of counsel,

IT IS on this ___26th___ day of ___July_____, 2017

ORDERED that the Office of the Federal Public Defender for the District of New

Jersey is hereby appointed to represent said defendant in this cause until further Order of the

Court.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

FA